**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

ANDREW E. ROTH,

        Plaintiff,

      v.

ACHILLION PHARMACEUTICALS, INC.,     No. 14 Civ. 8594 (PAC)

       Nominal Defendant,
    and

              **NOTICE OF APPEARANCE**

RA CAPITAL HEALTHCARE FUND, L.P., RA
CAPITAL MANAGEMENT, LLC, BLACKWELL
PARTNERS LLC, AND PETER KOLCHINSKY,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this

action for Nominal Defendant Achillion Pharmaceuticals, Inc.  I certify that I am admitted to

practice in this court.

Dated: New York, New York
    December 3, 2014

           Respectfully submitted,

           /s/ Ari J. Savitzky_____

           Ari J. Savitzky
           Wilmer Cutler Pickering
            Hale and Dorr LLP
           7 World Trade Center
           250 Greenwich Street
           New York, NY 10007
           Tel: (212) 937-7247
           Fax: (212) 230-8888

John F. Batter, III
Wilmer Cutler Pickering
  Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6754
Fax: (617) 526-5000

*Attorneys for Nominal Defendant Achillion*
*Pharmaceuticals, Inc.*