```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 21, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Deborah Donoghue

                Plaintiff,                      14 Civ. 08353 (PAC)

   - against -

Ra Capital Healthcare Fund, L.P., et al.           ORDER

               Defendants.
------------------------------------------------------------X
Andrew E. Roth, derivatively on behalf of Achillion
Pharmaceuticals, Inc.,
                                             14 Civ. 08594 (PAC)

                Plaintiff,

   - against -

Ra Capital Healthcare Fund, L.P., et al.

               Defendants.
------------------------------------------------------------X

      HONORABLE PAUL A. CROTTY, United States District Judge:

      Pursuant to the conference held on Wednesday, January 21, 2015, it is ORDERED, that the above-captioned actions are consolidated for all purposes. The Clerk of the Court is directed to designate 14 Civ. 8353 as the lead case, and terminate 14 Civ. 8594 (PAC).

Dated: New York, New York
       January 21, 2015

                                                      SO ORDERED

                                                   _____
                                                   PAUL A. CROTTY
                                                   United States District Judge